352 COURT OF ERRORS AND APPEALS.

Rowland v. Mercer County Trac. Co.    *91 N. J. L.*

ALEXANDER S. ROWLAND ET AL., TRUSTEES, &c., APPEL-
LANTS, v. MERCER COUNTY TRACTION COMPANY,
RESPONDENT.

Argued June 26, 1917—Decided October 11, 1917.

On appeal from the Supreme Court, whose opinion is re-
ported in 90 *N. J. L.* 82.

For the appellants, *Julian C. Harrison.*

For the respondent, *Edward M. Hunt.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, MINTURN, KALISCH, BLACK, WHITE, HEPPEN-
HEIMER, WILLIAMS, GARDNER, JJ. 10.

*For reversal*—None.